UNITED STATES DISTRICT COURT

FILED '10 NOV 10 12:17 USDC-ORE

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JEAN-PIERRE COLLINS, | Civil No. 6:09-CV-870-HO |
| Plaintiff, | |
| vs. | PROPOSED ORDER FOR EAJA FEES |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | |
| Defendant. | |

Plaintiff has moved for attorney fees in the amount of $5,451.14 and Defendant does not object. It is hereby ORDERED that Attorney fees in the amount of $5,451.14 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check mailed to Tim Wilborn, P.O. Box 2768, Oregon City, OR 97045.

DATED this 10th day of Nov., 2010.

_Michael R. Hogan_
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Nancy A. Mishalanie
NANCY A. MISHALANIE
Special Assistant U.S. Attorney
(206) 615-3619
Of Attorneys for Defendant

Page 1   ORDER FOR EAJA FEES - [6:09-CV-870-HO]